## (April 26, 1940.)

MAX SINGER, Respondent, v. F. P. ZIMMERMAN and Others, Defendants, Impleaded with GEORGE K. MORROW and Others, Appellants.— Orders affirmed,

with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; Dore, J., dissents and votes to reverse.